1  LOEB & LOEB LLP
   KAREN THORLAND (State Bar No. 172092)
2  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4164
3  Telephone:   310-282-2000
   Facsimile:   310-282-2200
4  kthorland@loeb.com

5  Attorneys for Plaintiff
   PARAMOUNT PICTURES
6  CORPORATION

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11  PARAMOUNT PICTURES CORPORATION, )   Case No. C05-00944 PJH
    a Delaware corporation,                        )
12                                                 )   **NOTICE OF VOLUNTARY DISMISSAL**
              Plaintiff,                           )   **WITHOUT PREJUDICE** ; AND ORDER
13                                                 )
         v.                                        )
14                                                 )
    JOHN DOE,                                      )
15                                                 )
              Defendant.                           )
16  _____)

17

18       Plaintiff has identified the Doe Defendant in this action and believes that said

19  Defendant resides outside this District.

20       NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule Civil Procedure

21  41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice, each side to

22  bear its own costs and attorneys' fees.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

CC548192.1
20719910004
05/31/2005 kt

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
C05-00944 PJH

1  Plaintiff intends to re-file this action in the Judicial District in which the Defendant
2  resides.
3
4  DATED: May 31, 2005  Respectfully submitted,
5  KAREN R. THORLAND
   LOEB & LOEB LLP
6
7
   By: _____/S/_____
8       Karen R. Thorland
        Attorneys for Plaintiff
9       PARAMOUNT PICTURES
        CORPORATION

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

CC548192.1
20719910004
05/31/2005 kt

2

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
C05-00944 PJH